Kathryn J. Halford (CA Bar No. 068141)
email:  khalford@wkclegal.com
Nicholas I. Starkman (CA Bar No. 291373)
email: nstarkman@wkclegal.com
Armine C. Alajajian (CA Bar No. 313211)
email: aalajajian@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 334
Facsimile:  (818) 501-5306

Attorneys for Plaintiffs

E-FILED 9/19/17

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JACAVI FLAVOR NOVEMBER RULE, LLC, a Florida Limited Liability Company,<br><br>Defendant. | **CASE NO. 2:17-cv-01988-PSG-E**<br><br>**The Hon. Philip S. Gutierrez**<br><br>**[~~PROPOSED~~]**<br><br>**DEFAULT JUDGMENT**<br><br>**[Fed.R.Civ.P. 55(b); L.R. 55-1]**<br><br>**DATE:** October 2, 2017<br>**TIME:** 1:30 P.M.<br>**CTRM:** 6A, 6th Floor |

DEFAULT JUDGMENT

1    Pursuant to our October 2, 2017 Order granting Plaintiffs, The Boards of
2 Directors of the Motion Picture Industry Pension Plan, The Motion Picture
3 Industry Individual Account Plan, and Motion Picture Industry Health Plan
4 (herein "Plans" or "Plaintiffs") Motion for Entry of Default Judgment against
5 Defendant Jacavi Flavor November Rule, LLC, a Florida limited liability
6 company ("Jacavi"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED
7 that Plaintiffs shall have judgment against Defendant Jacavi, a Florida limited
8 liability company, as follows:
9    1.   Jacavi is hereby ORDERED within thirty (30) days hereof to:
10        A.   Make available to the Plans all of the books and records
11   concerning the classification of the employees of Defendant for production of
12   the Motion Picture entitled "November Rule" ("the Production") for the
13   period of January 5, 2014 through April 5, 2014, including, but not limited
14   to, proof of payment, invoices, and deal memos/contracts for the three
15   Casting Directors of the Production, and such other records as may be
16   necessary in the opinion of the Plans' auditor, and any other records or
17   information that the Plans require to examine, for the period of January 5,
18   2014 through April 5, 2014.
19        B.   Afford to the Plans and their authorized representatives both ample
20   time and opportunity to examine all of Jacavi's materials as specified above,
21   without harassment, at such time and at such place as shall be mutually
22   convenient to the authorized representative of the Plans and Defendants.
23    2.   In the event that Jacavi cannot produce all of the records which the
24 Plans require to conduct their examination, Jacavi is ORDERED to participate in
25 record reconstruction where Jacavi shall have thirty (30) days to:
26        A.   Apply to the Federal and State agencies with which Jacavi previously
27   filed periodic reports pertaining to employees for copies of the reports to
28   them for all of the periods for which Jacavi cannot produce records; and

  B. Subsequently make available to the Plans all such copies of Jacavi's periodic reports to the Federal and State agencies under the conditions set forth in 1(B) above.

  C. Produce to the Plans all such applicable records received from such Federal and State agencies within fourteen (14) days of receipt.

  3. It is further ADJUDGED that the Plans shall have judgement in the amount of $11,832.50, consisting of attorneys' fees in the sum of $10,242.50, plus court costs in the sum of $400.00, plus attorney service fees in the sum of $440.00, an additional amount of $750.00 for three hours of attorney time for travel, preparation, and attendance of the hearing, and that post-judgment interest shall accrue thereon pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED: _9/19/17_____   __PHILIP S. GUTIERREZ_____
               PHILIP S. GUTIERREZ
               UNITED STATES DISTRICT JUDGE