Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD ROSENFELD & LEVY
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and
Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JACAVI FLAVOR NOVEMBER RULE, LLC, a Florida Limited Liability Company<br><br>Defendant. | CASE NO. 2:17-cv-01988-PSG-E<br><br>Hon. Philip S. Gutierrez<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, JACAVI FLAVOR NOVEMBER RULE, LLC, a Florida Limited Liability Company having judgment entered against them on September 17, 2017:

Now, upon the application of Boards of Directors of the Motion Picture Industry Pension Plan; Boards of Directors of The Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to produce records and pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $12,593.05 which is broken down as follows:

a. Judgment Renewal..... ……………………………………$11,832.50

b. Post Judgment Interest from September 21, 2017 through October 20, 2022…………………...……..……………...…..……..……$760.55

Total……………………….…………...……………..$12,593.05

Dated:_11/3/2023_____, 20_____

CLERK,

UNITED STATES DISTRICT COURT